**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>Plaintiff,<br><br>v.<br><br>KEITH E. SONDERLING and ELISABETH MESSENGER,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-02061 (JEB) |

**PLAINTIFF AFL-CIO'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7, Plaintiff American Federation of Labor and Congress of Industrial Organizations ("AFL-CIO") hereby moves for summary judgment on all counts of its Complaint.

On June 1, 2026, the Department of Labor issued a Final Rule entitled "Labor Organization Annual Financial Reports," and published at 91 Fed. Reg. 32556. For reasons more fully explained in the accompanying memorandum in support of this motion, the Final Rule violates the Administrative Procedure Act because (1) aside from the provisions updating the filing thresholds, the Rule was issued without notice and opportunity for comment; (2) the Rule's new itemized-reporting requirements exceed the Department's statutory authority under Section 201(b) of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 431(b); and (3) many of the Rule's provisions—including its effective date—are arbitrary and capricious. *See* 5 U.S.C. § 706.

The AFL-CIO respectfully requests that this Court vacate the Final Rule, except for the provisions updating the filing thresholds for Forms LM-2, LM-3, and LM-4.

Dated: July 27, 2026

Respectfully submitted,

*/s/ Leon Dayan*
Leon Dayan (DC Bar # 444144)
Jacob Karabell (DC Bar # 996066)
Adam Bellotti (DC Bar # 1020169)
Fred Wang (DC Bar # 90031826)
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W.
Suite 1000
Washington, DC 20005
(202) 842-2600
ldayan@bredhoff.com
jkarabell@bredhoff.com
abellotti@bredhoff.com
fwang@bredhoff.com

Matthew Ginsburg (DC Bar # 1001159)
Maneesh Sharma (DC Bar # 1033407)
AFL-CIO
815 Sixteenth Street N.W.
Washington, DC 20006
(202) 637-5336
mginsburg@aflcio.org
msharma@aflcio.org

*Counsel for Plaintiff*